# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3431
_____

MARCIAL H. RIVERA,

Appellant,

v.

EVERBANK; OLGA RIVERA; ET AL.,

Appellees.

_____

On appeal from the Circuit Court for Duval County.
Robert M. Dees, Judge.

June 11, 2019

PER CURIAM.

AFFIRMED.

WOLF, BILBREY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Michael Farrar, Aventura, for Appellant.

Ileen J. Cantor and Ronald M. Gaché of Shapiro, Fishman & Gaché, LLP, Boca Raton, for Appellee Everbank.